```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
ADDYS LAMB,                                                        :
                                                                   :       24-CV-9441 (JMF)
                                        Plaintiff,                 :
                                                                   :       ORDER OF SERVICE
                -v-                                                :
                                                                   :
UNITED STATES POSTAL SERVICE,                                      :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, *see* 42 U.S.C. § 2000e *et seq.*; the Age Discrimination in Employment Act of 1967, *see* 29 U.S.C. § 621 *et seq.*; and the Americans with Disabilities Act of 1990, *see* 42 U.S.C. § 12101 *et seq*. By Order dated December 16, 2024, the Court granted Plaintiff's request to proceed without prepayment of fees. Plaintiff is therefore entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process [where a plaintiff has been granted permission to proceed without prepayment of fees]."); Fed. R. Civ. P. 4(c)(3).

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to issue a summons, fill out a U.S. Marshals Service Process Receipt and Return (Form USM-285), and deliver to the Marshals Service all the paperwork necessary

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

for the Marshals Service to effect service upon Defendant. Although Plaintiff named the United States Postal Service as Defendant in this case, the Clerk of Court is directed to substitute Louis DeJoy, Postmaster General, as Defendant. *See* 42 U.S.C. § 2000e-16(c) (providing that a plaintiff "may file a civil action as provided in section 2000e-5 of this title, in which civil action the head of the department, agency, or unit, as appropriate, shall be the defendant"). The Clerk of Court is further instructed to mail Plaintiff an information package.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the *pro se* plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Plaintiff may consult the legal clinic in this District that assists people who are parties in civil cases and do not have lawyers. The clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the court (and therefore cannot, among other things, accept filings on behalf of the court, which must still be made by any *pro se* party through the Pro Se Intake Unit). To receive limited-scope assistance from the clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 10, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Louis DeJoy, Postmaster General
   475 L'Enfant Plaza, SW
   Room 4012
   Washington, DC 20260-2200

2. Attorney General of the United States
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530-2000

3. United States Attorney, Southern District of New York
   Civil Division
   86 Chambers Street, Third Floor
   New York, New York 10007