UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
: 
ADDYS LAMB, :
:
                Plaintiff, :
: 24-CV-9441 (JMF)
   -v- :
: ORDER
DAVID STEINER et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 9, 2025 Order, ECF No. 29, Plaintiff was required to file an Amended Complaint, the contents of which are described therein, by November 1, 2025. To date, Plaintiff has not filed the Amended Complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 17, 2025**. Failure to file the Amended Complaint by that deadline may result in the case being dismissed for failure to prosecute.

       The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: November 7, 2025
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge