UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ADDYS LAMB,                                                             :
                                                                        :
                        Plaintiff,                                      :
                                                                        :      24-CV-9441 (JMF)
        -v-                                                             :
                                                                        :      ORDER
DAVID STEINER et al.,                                                   :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 17, 2025 Order, ECF No. 30, the parties were required to file a joint letter, the contents of which are described therein, no later than one week from the end of the government shutdown. To date, the parties have not filed a joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 1, 2025**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: November 21, 2025
       New York, New York

                                                    _____
                                                        JESSE M. FURMAN
                                                   United States District Judge