UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                     :

ADDYS LAMB,                                                     :

                 Plaintiff,            :            24-CV-9441 (JMF)

        -v-                                             :            ORDER

DAVID STEINER et al.,                                    :

                 Defendants.          :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 37, Defendants' earlier motion to dismiss filed at ECF No. 17 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 30, 2026**.  Defendants' reply, if any, is due by **February 6, 2026**.  The Clerk of Court is directed to terminate ECF No. 17 and to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: January 16, 2026
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge